# United States Court of Appeals
### For the Eighth Circuit
_____

No. 17-2519
_____

Susan L. Greifzu-Hamric

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: July 30, 2018
Filed: August 3, 2018
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Susan L. Greifzu-Hamric appeals from the order of the district court[1] affirming the termination of her disability insurance benefits based on a finding of substantial

_____

[1]The Honorable Noelle C. Collins, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 535(c).

medical improvement. For reversal, she contends that the ALJ (1) failed to give adequate weight to a treating physician's opinion; (2) erred in her credibility finding and RFC determination; and (3) relied on an improper vocational expert opinion regarding the availability of work.[2] Upon review, we reject Greifzu-Hamric's arguments, and conclude that substantial evidence supports the decision to terminate benefits. See Delph v. Astrue, 538 F.3d 940, 945 (8th Cir. 2008). The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

[2]This court need not address arguments Greifzu-Hamric failed to present to the district court. See Hepp v. Astrue, 511 F.3d 798, 806 (8th Cir. 2008).